IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVITA HEALTHCARE PARTNERS, INC.**
**F/K/A DAVITA INC.**, a Delaware Corporation,

      Plaintiff,

vs.                                                                     No. 1:16-CV-00125 RJ/LF

**SAN JUAN INDEPENDENT PRACTICE ASSOCIATION,**
a New Mexico Corporation; and
**SAN JUAN REGIONAL MEDICAL CENTER, Inc.,**
a New Mexico Corporation

      Defendants.

**And**

**SAN JUAN INDEPENDENT PRACTICE ASSOCIATION,**
a New Mexico Corporation,

      Defendant/Cross-Claimant,

v.

**SAN JUAN REGIONAL MEDICAL CENTER, INC.,**
a New Mexico Corporation

      Defendant/Cross-Defendant.

<u>**UNOPPOSED MOTION OF WITHDRAWAL OF COUNSEL**</u>

      COMES NOW, Defendant/Cross-Claimant San Juan Independent Practice Association and moves this Court for leave to withdraw and substitute its counsel of record. As grounds for this Motion, Defendant states:

      1.    Gallagher, Casados & Mann (Nathan H. Mann) is current counsel of record for San Juan Independent Practice Association.

2.	Gallagher, Casados & Mann (Nathan H. Mann) will withdraw as counsel and Yenson, Allen & Wosick, P.C. (Terrance P. Yenson and Sean E. Garrett) will enter its appearance as substitute counsel for San Juan Independent Practice Association.

3.	To protect San Juan Independent Practice Association's interests and to prevent any potential adverse effect resulting from the withdrawal and substitution of counsel, counsel respectfully requests that all pending deadlines applicable to San Juan Independent Practice Association be extended by a period of thirty (30) days.

4.	Counsel for DaVita Healthcare Partners and San Juan Regional Medical Center have been contacted and do not oppose this Motion.

Respectfully submitted,

YENSON, ALLEN & WOSICK, P.C.

*/s/ Sean E. Garrett*
Terrance P. Yenson
Sean E. Garrett
*Attorney for San Juan Independent Practice Association*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
tyenson@ylawfirm.com
sgarrett@ylawfirm.com

2

I hereby certify that on this 5th day of April, 2017, I filed the foregoing electronically, causing the following parties or counsel to be served by electronic means:

Holland & Hart LLP
555 17th Street
Suite 300
Denver, CO 80202
(303) 223-3293
kcmcadam@hollandhart.com
and
John C. Anderson
Holland & Hart LLP
PO Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421
jcanderson@hollandhart.com
*Attorneys for DaVita Healthcare Partners*

Mark Sabey
Hall, Render, Killian, Heath & Lyman, P.C.
1512 Larimer Street
Suite 300
Denver, CO 80202
(303) 801-3538
marksabey@hallrender.com
and
Andrew B Howk
Hall, Render, Killian, Heath & Lyman, PC
500 North Meridian St.
Suite 400
Indianapolis, IN 46204-1293
(317) 633-4884
(317) 633-4878
ahowk@hallrender.com
*Attorneys for San Juan Regional Medical Center*

Nathan H. Mann
Gallagher, Casados & Mann
4101 Indian School Rd. NE
Suite 200N
Albuquerque, NM 87110
(550) 243-7848
nmann@gcmlegal.com


*/s/ Sean E. Garrett*_____
Sean E. Garrett